**ORDERED in the Southern District of Florida on April 18, 2012.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| In re<br><br>SHAHRYAR ALLEN ABBASSIAN,<br><br>Debtor. | CASE NO. 11-33021-BKC-RAM<br>CHAPTER 7 |
| MANHEIM AUTOMOTIVE FINANCIAL SERVICES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>SHAHRYAR ALLEN ABBASSIAN,<br><br>Defendant. | ADV. NO. 11-2686-BKC-RAM-A |

**ORDER GRANTING MOTION FOR SANCTIONS**

The Court conducted a hearing on April 17, 2012, on Plaintiff's Motion for Sanctions for Failing to Attend Deposition ("Motion for Sanctions") [DE# 37]. For the reasons stated on the record, it is -

**ORDERED** as follows:

1. The Motion for Sanctions is granted to the extent set forth below.

2. Defendant shall pay Plaintiff the sum of $675.00, representing 3 hours of attorneys fees spent preparing for and attending the deposition in which Defendant failed to appear. The payment shall be made by May 3, 2012, and shall be sent to Plaintiff's counsel, Richard S. Geller.

3. As a further sanction, Defendant may not submit an Affidavit in Support of a Response to Plaintiff's Motion for Summary Judgment unless an extension of time to file a Response to the Motion for Summary Judgment is requested and granted, and Defendant agrees to appear for deposition prior to the extended response deadline.

4. Unless continued by further Order, the May 10, 2012 hearing on Plaintiff's Motion for Summary Judgment [DE# 26] will proceed as scheduled.

###

COPIES TO:

Richard S. Geller, Esq.
Aubrey Rudd, Esq.