**ORDERED in the Southern District of Florida on May 14, 2012.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| In re: | Case No. 11-30321-BKC-RAM |
| SHAHRYAR ALLEN ABBASSIAN, | Chapter 7 |
| Debtor. | |
| "MFS" MANHEIM AUTOMOTIVE FINANCIAL SERVICES, INC., | |
| Plaintiff, | |
| vs. | Adv. No. 11-02686-BKC-RAM-A |
| SHAHRYAR ALLEN ABBASSIAN, | |
| Defendant. | |

**FINAL JUDGMENT**

In accordance with this Court's Order Granting Plaintiff's Motion for Summary Judgment, it is –

**ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of the Plaintiff, "MFS" Manheim Automotive Financial Services, Inc., and against the Defendant, Shahryar Allen Abbassian, in the amount of $203,439.08 (the "Judgment Debt")[1], for which let execution issue.

2. The Judgment Debt is nondischargeable pursuant to 11 U.S.C. § 523(a)(6).

3. Costs will be taxed upon appropriate motion.

###

Copies Furnished To:

Aubrey Rudd, Esq.

Charles R. Stepter, Jr., Esq.

[1]The amount of the Judgment Debt is based on (1) the $675 sanction the Defendant was directed to pay the Plaintiff in the Court's Order Granting Motion for Sanctions [DE #40] plus (2) the $202,764.08 damage figure set forth in a Claim Analysis furnished by the Plaintiff to the Court at the May 10, 2012 hearing on Plaintiff's Motion for Summary Judgment.